Homeopathic Hospital of Albany, N. Y., Appellant, v. Robert M. Chalmers and Others, Copartners Doing Business under the Style and

Firm Name of JOHN G. MYERS COMPANY, Respondents.— Judgment and orders unanimously affirmed, with costs.